EPSTEIN
BECKER
GREEN

Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2026

**MEMORANDUM ENDORSED**

Jeffrey H. Ruzal
t 212.351.3762
f 212.878.8600
jruzal@ebglaw.com

September 2, 2026

BY ECF

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Uzhca v. Highgate Hotels, L.P. et al.*
Case No. 26 Civ. 00170

Dear Judge Woods:

We are taking over as counsel of record for defendants Highgate Hotels, L.P., and Artprop Property LLC ("Defendants") in the above-referenced matter. We write, to respectfully request a 3-week adjournment of the deadline for the parties to submit a Joint Letter and Proposed Case Management Plan and the subsequent Initial Conference with the Court, to September 23, and September 30, respectively. This is the first request for an adjournment of these upcoming deadlines and Plaintiff consents to this request. This adjournment will not impact any other deadlines in this case.

Our firm was retained yesterday afternoon to represent Defendants in this action, and this initial extension will provide necessary time for our office to collect, review, and analyze the case file from current counsel, evaluate the procedural history of this matter, and discuss this case further with our client.

For all of these reasons, Defendants respectfully request that the deadline for the parties to submit a Joint Letter and Proposed Case Management Plan be adjourned to September 23, and that the Initial Conference be likewise adjourned to September 30, 2026.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Jeffrey Ruzal*___

Jeffrey Ruzal

Application granted. The initial pretrial conference scheduled for September 9, 2026 is adjourned to October 20, 2026 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's January 1, 2026 order are due no later than October 13, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 21.

SO ORDERED.

Dated: September 3, 2026
New York, New York

GREGORY H. WOODS
United States District Judge