EPSTEIN
BECKER
GREEN

Attorneys at Law

Jeffrey H. Ruzal
t 212.351.3762
f 212.878.8600
jruzal@ebglaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/13/2026

**MEMORANDUM ENDORSED**

October 13, 2026

BY ECF

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Uzhca v. Highgate Hotels, L.P. et al.*
Case No. 26 Civ. 00170

Dear Judge Woods:

We are counsel for defendants Highgate Hotels, L.P., and Artprop Property LLC ("Defendants") in the above-referenced matter. We write, to respectfully request that this matter be stayed pending the parties' good faith settlement negotiations and participation in private mediation, which is currently scheduled for March 19, 2027. This is the first request for a stay of proceedings in this matter and Plaintiff joins in this request.

The parties have engaged in ongoing settlement discussions since the genesis of this action in January 2026. In addition to direct negotiations between counsel, the parties have participated in three (3) separate mediation sessions with the Court's Mediation Panel, on June 3, June 25, and August 27, 2026. On September 1, 2026, shortly after the final mediation session had concluded, the undersigned was retained as new counsel for Defendants. We have continued this good faith dialogue following our retention and the parties mutually believe that the assistance of a private mediator in these negotiations could be productive. To that end, the parties have scheduled a mediation session with a well-respected wage and hour mediator, Michael Russell, on March 19, 2027. This was the earliest availability for Mr. Russell, that also worked for all parties in this matter. We have advised Mr. Russell's team to keep this case on his waitlist, to the extent earlier dates open up in January or February 2027.

In light of the above, the parties respectfully request a stay of all proceedings in this case pending our mediation with Mr. Russell. A stay of proceedings will allow the parties to dedicate their full time and resources toward productive settlement negotiations, and to prepare, review, and exchange additional pre-mediation materials to assist with these discussions. It will also avoid the unnecessary expenditure of time and resources on potentially unnecessary discovery and

class/collective motion practice, which can instead be utilized in the settlement context. Further, a stay at this early stage of the litigation would not prejudice either party nor impact any discovery schedule or motion timeline set by the Court. This matter remains in its infancy, and notwithstanding these extensive settlement negotiations, formal discovery has not yet been initiated, no Rule 16 conference has been held, and no Case Management Plan and Scheduling Order has been issued.

For all of the reasons noted above, the parties respectfully request that: 1) all proceedings in this matter be stayed pending the private mediation session with Mr. Russell on March 19, 2027; and 2) that the deadline for the parties to submit a proposed Case Management Plan and the related Initial Conference be adjourned *sine die*. On March 26, 2027, 1-week following the Parties' mediation with Mr. Russell, the Parties shall submit a joint status report to the Court regarding the status of this case and the Parties' settlement discussions.[1]

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Jeffrey Ruzal*___

Jeffrey Ruzal

Application granted. This case will be stayed pending the mediation session scheduled for March 19, 2027. The initial pretrial conference and all associated submission deadlines are adjourned *sine die*. The parties are ordered to notify the Court of any developments in the status of this case by the earlier of the date that is one week after any mediation or March 26, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24 and to note the stay of this case on the docket.

SO ORDERED.

Dated: October 13, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

[1] To the extent the parties can secure an earlier mediation date with Mr. Russell, the parties will provide this update to the Court 1-week following their session to advise the Court of the status of settlement discussions.